UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MJ 14-231 |
| Plaintiff, ) | |
| v. ) | DETENTION ORDER |
| KEVIN LEROY CROWDER, ) | |
| Defendant. ) | |

<u>Offense charged</u>:    Violation of Supervised Release

<u>Date of Detention Hearing</u>:    June 13, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant was convicted of a sex offense in Washington State in 2006, and

DETENTION ORDER
PAGE -1

required to register as a sex offender. He was convicted of Failure to Register as a Sex Offender in the District of Montana, and supervision was transferred to this District. He has allegedly violated the conditions of supervised release by failing to notify his probation officer within ten days of a change of residence.  A warrant was issued and defendant was arrested in this District.  An order of transfer has been signed.

2. Defendant poses a risk of danger and a risk of nonappearance due to criminal history, the nature of the alleged violation and lack of a stable residence.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DETENTION ORDER
PAGE -2

DATED this 13th day of June, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3